NEW ENGLAND MUTUAL ACCIDENT ASSOCIATION vs.
ELLEN W. VARIAN.

Middlesex.    January 7, 1890. — January 17, 1890.

Present: DEVENS, W. ALLEN, C. ALLEN, HOLMES, & KNOWLTON, JJ.

*Review — Scire Facias against Trustee — Judgment by Default.*

The Superior Court may, under the Pub. Sts. c 187, §§ 16, 25, in its discretion, grant a review of a judgment rendered by default upon a *scire facias* against a trustee; and to the exercise of that discretion no exception lies.

PETITION to the Superior Court for a review of a judgment by default upon a writ of *scire facias* against the petitioner as trustee, alleging that the attorney for the petitioner by mistake overlooked the *scire facias* when it was upon the trial list of that court, and that in consequence judgment was rendered thereon against the petitioner by default. At the hearing, before *Hammond*, J., the evidence supported the allegations of the petition, and the judge found in accordance therewith, and granted a review; and the respondent alleged exceptions.

*J. L. Hunt*, for the respondent.

*F. D. Ely*, for the petitioner, submitted the case on a brief.

BY THE COURT. The Superior Court had authority to grant a review of a judgment rendered upon a default to a writ of *scire facias* against a trustee. Pub. Sts. c. 187, §§ 16, 25. *Ex parte Packard*, 10 Mass. 426.

It does not appear that any evidence was erroneously admitted, and the matter of granting a petition for review, which is in substance and effect a motion for a new trial, was within its jurisdiction. In such cases, the right of exception is very limited. The petition with the evidence supporting it having presented a proper case for the exercise of the discretion of the Superior Court, to the exercise of that discretion, no exception lies. *Boston* v. *Robbins*, 116 Mass. 313. *Dearborn* v. *Mathes*, 128 Mass. 194.

*Exceptions overruled.*